# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

2004 JUL 21  P 1:01

## TRANSMITTAL LETTER

TO:       UNITED STATES DISTRICT COURT
          ONE COURTHOUSE WAY
          BOSTON, MASSACHUSETTS 02210

RE:       USA v ARCHIBALD MACLEOD
          Our Case No.  04-5154-LRJ

DATE:     JULY 13, 2004

=================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40

Please find enclosed the following documents:

_____         Original file

_____         Certified File (pertinent papers only)

  XX             Magistrate Proceedings -Original Pleadings

_____         CASH Bond  Amount $_____
               (Note:  Cash is not included in this transmittal and will
               be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

             UNITED STATES DISTRICT COURT
                    CLERK OF COURT
                  701 CLEMATIS STREET
             WEST PALM BEACH, FLORIDA 33401

Yours sincerely

By _____
     Deputy Clerk

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-5154-LR

UNITED STATES OF AMERICA,

v.

Archibald Macleod
_____

**WARRANT OF REMOVAL**

A(n) __XX__ Complaint

_____ Indictment

_____ Supervised Release Warrant

having been filed in the _____ District of Massachusetts charging the above named defendant with 21:846, 841(a)(1) and the defendant having

_____ surrendered

__XX__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

__XX__ waived further hearing

_____ been given a hearing in accordance with **Fed.R.Crim.P. 40**.
having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this 12th day of July, 2004.

TAPE NO. LRJ-04-42-399

UNITED STATES MAGISTRATE JUDGE
LINNEA R. JOHNSON

# United States District Court
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-5154-LRJ

UNITED STATES OF AMERICA,

VS.

Archibald Macleod Jr.



## WAIVER OF RULE 40 HEARINGS
### (Excluding Probation Cases)

I, __Archibald Macleod, Jr__, understand that in the __District of Massachusetts__, charges are pending alleging violation of __21: 846 + 841(a)(1)__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

(√) **I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**
(√) identity hearing
(  ) preliminary examination
(  ) identity hearing and have been informed I have no right to a preliminary examination
(  ) Identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

7/12/04
Date

_____
Defense Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-5154-LRJ

UNITED STATES OF AMERICA

   Plaintiff,

v.

ARCHIBALD F. MACLEOD, JR.
   Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.
Jul 12, 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON INITIAL APPEARANCE

AUSA  Emalyn Webber           Language  ENGLISH
Agent  Ganesh - USMS          Tape No.  LRJ-04- 42-399

The above-named defendant having been arrested on __7/12/04__ having appeared before the court for initial appearance on __July 12, 2004__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _Federal Public Defender_ appointed as permanent counsel of record.
   Address: _400 Australian Ave North W.P.B Fl_
   Zip Code: _33401_ Telephone: _561-833-6288_
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on
   __Removal__ _N/A_ _____, 2004.
4. ~~PRELIMINARY/ARRAIGNMENT~~ is set for __Held__ _____, 2004.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)
   because __of Gov's Request__ *.
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____, 2004.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond,
   pursuant to 18 U.S.C. Section 3142:
   *. PTD not held. Deft has right to revisit PTD issue in Massachusetts.
   _____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
      other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
      prohibited by law.



___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
    _____
    _____

    This bond was set: At Arrest _____
                      On Warrant _____
                      After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
    _____
    _____
    _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at West Palm Beach, Florida, this 12th day of July, 2004.

                                    _____
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    LINNEA R. JOHNSON

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 7/12/04   TIME: 10:00 AM -10:15 am

DEFT. ARCHIBALD MACLEOD (J)   CASE NO. 04-5154-LRJ

LANGUAGE: ENGLISH   PRISONER NO:

AUSA. ~~EMALYN WEBBER~~ John Kastrenakes   ATTY. Robert Adler AFPD

AGENT. DEA   WARR/COMPLT/MASS/PWID OXYCODONE
VIOL. 21:841(a)(1)

PROCEEDING INITIAL   BOND. PTD (GOVT REQUEST)

FUTURE DATES _____

DISPOSITION Defendant advised of rights;
Federal Public Defender appointed
Government requested Pretrial Detention
Pretrial Detention hearing not held.
Pretrial Detention hearing to be held in Massachusetts.
Defendant waived removal.
Defendant ordered removed forthwith.

DATE: 7/12/04   TAPE: LRJ-04- 42-399

FILED BY ___ D.C.
04 JUL 12 PM 12:45
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

CLOSED

U.S. District Court
Southern District of Florida (W.Palm Beach)

CRIMINAL DOCKET FOR CASE #: 04-M -5154-ALL

USA v. Macleod                                              Filed: 07/12/04
Dkt# in other court: None

Case Assigned to:   Magistrate Judge Linnea R. Johnson

ARCHIBALD F. MACLEOD, JR. (1)        Public Defender
      defendant                        [term   07/13/04]
   [term   07/13/04]                  FTS 833-0368
                                      [COR LD NTC pda]
                                      Federal Public Defender's
                                      Office
                                      400 Australian Avenue N
                                      Suite 300
                                      West Palm Beach, FL 33401-5634
                                      561-833-6288


Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints                              Disposition

WARRANT & COMPLAINT from
District of Massachusetts
(Case       #04-1809-CBS)

Docket as of July 13, 2004 4:58 pm                    Page 1

Proceedings include all events.
9:04m 5154-ALL USA v. Macleod                                      CLOSED

ARCHIBALD F. MACLEOD, JR.

          defendant


=========================
USA

          plaintiff


U. S. Attorneys:

   NONE

Docket as of July 13, 2004 4:58 pm                              Page 2

Proceedings include all events.
9:04m 5154-ALL USA v. Macleod                                          CLOSED

7/12/04    --      ARREST of Archibald F. Macleod Jr. (eg)
                   [Entry date 07/13/04]

7/12/04    1       COPY OF WARRANT & COMPLAINT from District of Massachusetts
                   (Case #04-1809-CBS) as to Archibald F. Macleod Jr. (eg)
                   [Entry date 07/13/04]

7/12/04    2       Minutes of Initial held on 7/12/04 before Magistrate Judge
                   Linnea R. Johnson as to Archibald F. Macleod Jr.; Court
                   Reporter Name or Tape #: LRJ-04-42-399 (eg)
                   [Entry date 07/13/04]

7/12/04    3       ORDER on Initial Appearance as to Archibald F. Macleod Jr.
                   Bond set to Temp PTD; PTD not held - Defendant has right to
                   visit PTD issue in Massachusetts., for Appointment of
                   Public Defender, , ( Signed by Magistrate Judge
                   Linnea R. Johnson on 7/12/04) Tape # LRJ-04-42-399 CCAP (eg)
                   [Entry date 07/13/04]

7/12/04    4       WAIVER of Rule 40 Hearings by Archibald F. Macleod Jr. (eg)
                   [Entry date 07/13/04]

7/12/04    5       WARRANT OF REMOVAL from Southern District of Florida to
                   District of Massachusetts as to Archibald F. Macleod Jr. (
                   Signed by Magistrate Judge Linnea R. Johnson on 7/12/04)
                   [EOD Date: 7/13/04] Tape # LRJ-04-42-399 CCAP△ (eg)
                   [Entry date 07/13/04]

7/13/04    6       Transmittal Letter sent to District of Massachusetts in
                   case as to Archibald F. Macleod Jr.. Documents Sent:
                   7/13/04 (eg) [Entry date 07/13/04]