AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

─────────── DISTRICT OF ───────────

UNITED STATES OF AMERICA

V.

Archibald Macleod, JR.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-1809-c BS

I, _Archibald Macleod, JR._, charged in a (complaint) (petition) pending in this District with _Conspiracy to distribute and knowingly and unlawfully distributing Oxycodone, a Schedule II controlled substance_ in violation of Title _21 U.S.C. 846, 841(a)(1)_, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

7/23/04
Date

_[signature]_
Counsel for Defendant