AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

ARCHIBALD F. MACLEOD, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Archibald F. MacLeod, Jr._
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title _21_ United States Code, Section(s) _846 and 841(a)(1)_

Charles B. Swartwood III   US Magistrate Judge
Name of Issuing Officer                    Title of Issuing Officer

_[signature]_                               6-29-04   Boston, MA
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____                   by _____
                                             Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Palm Beach, Florida_

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/13/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/12/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.