kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

10.  The defendant JARED KNOWLTON is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

13.  The defendant JAMES GARDNER is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

A TRUE BILL

_____

FOREPERSON OF THE GRAND JURY

_____

DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 22, 2004.

Returned into the District Court by the Grand Jurors and
filed.

_____

DEPUTY CLERK

9/22/04
@ 12:25 pm

-25-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

04 CR 1 0288 SNG

| | | | |
|---|---|---|---|
| **Place of Offense:** Gloucester | **Category No.** II | **Investigating Agency** DEA | |

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Espinola, Carlos                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   63 Endicott Street, Peabody, Massachusetts

Birth date (Year only):  1977  SSN (last 4 #):  3506  Sex  M  Race:  W      Nationality: _____

**Defense Counsel if known:**   Bradford E. Keene      **Address:** 220 Broadway, Suite 402
                                                                   Lynnfield, MA 01940

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin      **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes  ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☒ **Already in Federal Custody as**  of 06/30/04      in   Boston, MA      .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____   **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  09/22/04            **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Espinola, Carlos _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**&JS 45 (5/97) - (Revised USAO MA 1/15/04)**

**Criminal Case Cover Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody _____    **Category No.** II _____    **Investigating Agency** DEA _____

**City** Peabody _____    **Related Case Information:**

**County** Essex _____

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | 04-MJ-01809-CBS _____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** Jose F. Melo _____    **Juvenile** ☐ Yes  ☒ No

**Alias Name** Jose Mello _____

**Address** 20 Tracey Street, Apt. 1, Peabody, MA _____

**Birth date (Year only):** 1976  **SSN (last 4 #):** 3506  **Sex** M  **Race:** W _____    **Nationality:** _____

**Defense Counsel if known:** Stephen Neyman _____    **Address:** 160 State Street, 8th Floor
                                                                         Boston, MA 01209

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin _____    **Bar Number if applicable** 552558 _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04 _____

☒ **Already in Federal Custody as** of 06/30/04 _____ in Boston, MA _____

☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**

☐ **On Pretrial Release:** Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Jose F. Melo _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 16 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 17 |
| Set 4  21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/00)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Joseph Baldassano    **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 220 Washington Street, Gloucester, MA

**Birth date (Year only):** 1981  **SSN (last 4 #):** 9858  **Sex** M  **Race:** W    **Nationality:** _____

**Defense Counsel if known:** Elliot M. Weinstein    **Address:** 228 Lewis Wharf
Boston, MA  02110

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

### Location Status:

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** of 06/30/04    in  Boston, MA    .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____  **on** _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  4

### Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Joseph Baldassano _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5 | 21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Baldassano JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**   04 CR 1028 UNS   **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester   **Category No.** II   **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Matthew Cream   Juvenile ☐ Yes  ☒ No

Alias Name _____

Address 16 Harrison Avenue, Gloucester, MA

Birth date (Year only): 1981   SSN (last 4 #): 7776  Sex M Race: W   Nationality: _____

**Defense Counsel if known:** Bruce G. Linson   **Address:** 220 Commercial Street
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin   **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No   List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**   ☒ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/02/04 _____ in _____ .

☐ Already in Federal Custody as _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by CBS   on 07/23/04

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1 0288 8 NS **District Court - District of Massachusetts**

**Place of Offense:** _Gloucester_     **Category No.** _II_     **Investigating Agency** _DEA_

**City** _Gloucester_          **Related Case Information:**

**County** _Essex_          Superseding Ind./ Inf. _____  Case No. _____
                            Same Defendant _____  New Defendant _____
                            Magistrate Judge Case Number  _04-MJ-01809-CBS_
                            Search Warrant Case Number _____
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _Jason Matthews_          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  _57 Prospect Street, Apt. 1, Gloucester, MA_

Birth date (Year only): _1980_  SSN (last 4 #): _4102_  Sex _M_  Race: _W_  Nationality: _____

**Defense Counsel if known:**  _Richard M. Welsh_     **Address:** _80 Worcester Street, Suite 5_
                                                                 _North Grafton, MA 01536_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _David G. Tobin_          **Bar Number if applicable** _552558_

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ **Warrant Requested**     ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _07/02/04_

☐ Already in Federal Custody as _____  in _____.

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☒ On Pretrial Release:  Ordered by _CBS_  on _07/12/04_

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jason Matthews _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    01CR 10288 NG    **U.S. District Court - District of Massachusetts**

Place of Offense: <u>Gloucester</u>    Category No. <u>II</u>    Investigating Agency <u>DEA</u>

City <u>Gloucester</u>    Related Case Information:

County <u>Essex</u>    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number <u>04-MJ-01809-CBS</u>
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Joseph Allen</u>    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address <u>8 Reservoir Road, Gloucester, MA</u>

Birth date (Year only): <u>1978</u> SSN (last 4 #): <u>2491</u> Sex <u>M</u> Race: <u>W</u>    Nationality: _____

**Defense Counsel if known:** James L. Sultan    Address: <u>1 Commercial Wharf North</u>
<u>Boston, MA 02110</u>

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA <u>David G. Tobin</u>    Bar Number if applicable <u>552558</u>

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

    ☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** <u>07/02/04</u>

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by <u>RWZ</u> on <u>08/09/04</u>

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony <u>3</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: <u>09/22/04</u>    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Joseph Allen _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Allen JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/18/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  II          Investigating Agency  DEA

City   Gloucester                      Related Case Information:

County   Essex                         Superseding Ind./ Inf.  _____  Case No.  _____
                                       Same Defendant _____  New Defendant _____
                                       Magistrate Judge Case Number   04-MJ-01809-CBS
                                       Search Warrant Case Number  _____
                                       R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Keith Behsman                    Juvenile    ☐ Yes   ☒ No

Alias Name  _____

Address   40 Sarah Avenue, Lowell, Massachusetts

Birth date (Year only):  1978   SSN (last 4 #):  4464  Sex  M  Race:  B          Nationality:  _____

**Defense Counsel if known:**    Michael C. Bourbeau          Address:  21 Union Street
                                                                         Boston, MA  02108
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                    Bar Number if applicable  552558

Interpreter:    ☐ Yes  ☒ No          List language and/or dialect:  _____

Matter to be SEALED:    ☐ Yes   ☒ No

          ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:**      06/30/04

☒ Already in Federal Custody as   of 06/30/04          in   Boston, MA          .
☐ Already in State Custody  _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____   on  _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   9

**Continue on Page 2 for Entry of U.S.C. Citations**

☐      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  09/22/04                    **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Keith Behsman _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10 | 21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Peabody        **Category No.**  II        **Investigating Agency**  DEA

**City**  Peabody

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.  _____    Case No.  _____
Same Defendant  _____    New Defendant  _____
Magistrate Judge Case Number  04-MJ-01809-CBS
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Jonathan Mitchell                    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  5 Exchange Street, Gloucester, MA

Birth date (Year only):  1979   SSN (last 4 #):  7923   Sex  M  Race:  W        Nationality:  _____

**Defense Counsel if known:**  Edward J. O'Reilly        **Address:**  46 Middle Street, 2nd Floor
                                                              Gloucester, MA  01930

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin                **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No        **List language and/or dialect:**  _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

          ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**  06/30/04

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS        on  07/02/04

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty  _____  ☐ Misdemeanor  _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  09/22/04              **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/02)

04 CR 1 0 2 8 8NG

**'Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__     Category No. __II__     Investigating Agency __DEA__

City __Gloucester__          **Related Case Information:**

County __Essex__          Superseding Ind./ Inf. _____     Case No. _____
                          Same Defendant _____     New Defendant _____
                          Magistrate Judge Case Number __04-MJ-01809-CBS__
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __James R. Gardner__          Juvenile ☐ Yes ☒ No

Alias Name _____

Address __14 Centennial Avenue, Apartment 1, Gloucester, MA__

Birth date (Year only): __1978__ SSN (last 4 #): __7752__ Sex __M__ Race: __W__ Nationality: _____

Defense Counsel if known: __Theodore W. Beauparlant__     Address: __166 Kenoza Avenue__
                                                                   __Haverhill, MA  01830__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__          Bar Number if applicable __552558__

Interpreter: ☐ Yes ☒ No     List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ **Warrant Requested**     ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** __06/30/04__

☐ **Already in Federal Custody as** _____     in _____ .
☐ **Already in State Custody** _____     ☐ Serving Sentence     ☐ Awaiting Trial
☒ **On Pretrial Release:** Ordered by __CBS__     on __07/02/04__

**Charging Document:** ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:** ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    James R. Gardner** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Gardner JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

04 CR 10288 NG

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  Philip R. Albert, Jr.        Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   10 Babson Street, Gloucester, MA

Birth date (Year only):  1977  SSN (last 4 #):  8899  Sex  M  Race:  W    Nationality: _____

**Defense Counsel if known:**  John Andrews & Marc Salinas    **Address:** 70 Washington Street, Suite 211
Salem, MA 01970

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA**  David G. Tobin        **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

## Location Status:

**Arrest Date:**  06/30/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  CBS  on  07/02/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  2

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  09/22/04        **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Philip R. Albert, Jr. _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3  21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

04 CR 1 0 2 8 8 NG

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody        **Category No.** II        **Investigating Agency** DEA

**City**  Peabody                  **Related Case Information:**

**County**  Essex                  Superseding Ind./ Inf. _____ Case No. _____
                                   Same Defendant _____ New Defendant _____
                                   Magistrate Judge Case Number  04-MJ-01809-CBS
                                   Search Warrant Case Number  _____
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Jared Knowlton                  Juvenile  [ ] Yes  [X] No

Alias Name  _____

Address  11 Tolman Avenue, Gloucester, MA

Birth date (Year only):  1974  SSN (last 4 #):  1719  Sex  M  Race: _____  Nationality: _____

**Defense Counsel if known:**  Michael F. Natola     **Address:** 240 Commercial Street, Suite 2B
                                                                 Boston, MA  02109

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin        **Bar Number if applicable**  552558

**Interpreter:**  [ ] Yes  [X] No     **List language and/or dialect:**  _____

**Matter to be SEALED:**  [ ] Yes  [X] No

          [ ] Warrant Requested     [X] Regular Process     [ ] In Custody

**Location Status:**

**Arrest Date:**  06/30/04

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____ [ ] Serving Sentence  [ ] Awaiting Trial
[X] On Pretrial Release:  Ordered by  CBS _____ on  07/02/04

**Charging Document:**  [ ] Complaint     [ ] Information     [X] Indictment

**Total # of Counts:**  [ ] Petty _____  [ ] Misdemeanor _____  [X] Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

[X]     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:**  09/22/04        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jared Knowlton _____

**U.S.C. Citations**

|  | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

♎JS 45 (5/97) - (Revised USAO MA 3/7/2001)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  II          Investigating Agency  DEA

City  Gloucester                    **Related Case Information:**

County  Essex                    Superseding Ind./ Inf. _____    Case No. _____
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number  04-MJ-01809-CBS
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Archibald MacLeod              Juvenile   ☐ Yes   ☐ No

Alias Name _____

Address  124-Rear Centennial Avenue, Gloucester, MA

Birth date (Year only): _____  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**  Roger Witkin          Address:  6 Beacon Street, Suite 1010
                                                              Boston, MA  02108

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  David G. Tobin              Bar Number if applicable  552558

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

        ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**    07/12/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS          on   07/12/04

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  09/22/04              Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    Archibald MacLeod _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  2          Investigating Agency  DEA

City   Gloucester                      Related Case Information:

County   Essex                         Superseding Ind./ Inf.  _____  Case No.  _____
                                       Same Defendant  _____  New Defendant  _____
                                       Magistrate Judge Case Number  04-MJ-01809-CBS
                                       Search Warrant Case Number  _____
                                       R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Giuseppe S. Torrente                    Juvenile   ☐ Yes   ☒ No

Alias Name   Joseph Torrente

Address   9 Fleetwood Drive, Gloucester, MA

Birth date (Year only):  1980   SSN (last 4 #):  9986   Sex  M  Race:  W          Nationality:  _____

**Defense Counsel if known:**   Stephen D. Judge          Address:   23 Central Avenue #605
                                                                     Lynn, MA  01901
**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                          Bar Number if applicable   552558

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect:   _____

Matter to be SEALED:   ☐ Yes  ☒ No

        ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**   07/15/04

☐ Already in Federal Custody as   _____   in   _____ .
☐ Already in State Custody   _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS          on   07/15/04

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**   09/22/04          **Signature of AUSA:**  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Giuseppe S. Torrente _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Torrente JS45.wpd - 1/15/04 (USAO-MA)