## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL ACTION
v.                              NO. 04-10288-NG

JOSEPH BALDASSANO
JAMES GARDNER
PHILIP ALBERT, JR.
ARCHIBALD MACLEOD

        Defendant,

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court        **COURTROOM #1, 5th FLOOR**
595 Main Street          Date and Time:
Worcester, MA 01608     **October 12, 2004, 12:00 P.M.**
_____
Type of Proceeding:

**ARRAIGNMENT**

_____

                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE

September 28, 2004        /s/ Lisa B. Roland
Date                           Lisa B. Roland,
                              Deputy Clerk
                              (508) 929-9905

cc: All counsel