UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                 )<br>)<br>1)  CARLOS ESPINOLA,          )<br>2)  JOSE MELO,                     )<br>3)  JOSEPH BALDASSANO,    )<br>4)  MATTHEW CREAM,          )<br>5)  JASON MATTHEWS,         )<br>6)  JOSEPH ALLEN,               )<br>7)  KEITH BEHSMAN,            )<br>8)  JONATHAN MITCHELL,   )<br>9)  JAMES GARDNER,            )<br>10) PHILIP ALBERT, JR.,      )<br>11) JARED KNOWLTON,         )<br>12) ARCHIBALD MACLEOD,   )<br>13) GUISEPPE TORRENTE     )<br>              Defendants.          )<br>)<br>)<br>)<br>) | Criminal No. 04-10288-NG<br><br>**VIOLATIONS:**<br><br>21 U.S.C. § 846 - Conspiracy<br>Possess with Intent to<br>Distribute, and to Distribute,<br>Oxycodone<br><br>21 U.S.C. § 841(a)(1) -<br>Distribution of Oxycodone<br><br>21 U.S.C. § 860(a) -<br>Distribution of Oxycodone<br>Within a Public Housing<br>Authority<br><br>18 U.S.C. § 2 - Aiding and<br>Abetting<br><br>21 U.S.C. § 853 - Criminal<br>Forfeiture Allegation |

**UNITED STATES' BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

The Forfeiture Allegation of the Indictment seeks forfeiture, pursuant to 21 U.S.C. § 853 as a result of violations of 21 U.S.C. §§ 841 and 846, of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or

part, to commit, or to facilitate the commission of, such violations, including, but not limited to the following:

1) $7,961.00 in United States Currency, seized from Joseph Baldassano, on or about June 29, 2004.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:  /s/ Shelbey D. Wright
> DAVID G. TOBIN
> SHELBEY D. WRIGHT
> Assistant U.S. Attorneys
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210
> (617) 748-3100

Dated: November 4, 2004

CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon Elliot M. Weinstein, Esquire, 228 Lewis Wharf, Boston, Massachusetts 02110, as counsel for Defendant Joseph Baldassano, by first class mail, postage prepaid.

> /s/ Shelbey D. Wright
> Shelbey D. Wright
> Assistant U.S. Attorney

Dated: November 4, 2004