UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                         CRIMINAL NO. NO. 04 10288 NG

ARCHIBALD MACLEOD

MOTION FOR FUNDS TO PURCHASE AUDIO AND
VIDEO CASSETTES

The defendant says that he has been notified by the government that it has eleven (11) audio cassettes and two (2) video cassettes concerning the above named defendant.

The personnel at the Duplicating Center indicate that the audio cassettes may be purchased at $10.00 a piece and the video cassettes at $25.00 a piece.

Wherefore the defendant moves for $160.00 to purchase these items.

*/s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO 531780

DATED:   December 15, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. NO. 04 10288 NG

ARCHIBALD MACLEOD

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for each party and a courtesy copy to AUSA David Tobin, United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210; Lisa Roland, Courtroom Clerk for Honorable Charles B. Swartwood, III, 404 Harold D. Donohue Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 2076, and client by mail which was e-filed this day.

                                              /s/ Roger Witkin  
                                              Roger Witkin  
                                              6 Beacon Street, Suite l0l0  
                                              Boston, MA 02l08  
                                              Tel. 6l7 523 0027  
                                              Fax 6l7 523 2024  
                                              BBO No. 53l780

DATE:  December 15, 2004