UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. NO. 04 10288 NG 12

ARCHIBALD MacLEOD

MOTION OF DEFENDANT, ARCHIBALD MACLEOD, JR., TO JOIN IN THE JOINT MOTION OF DEFENDANTS JOSEPH ALLEN, PHILIP ALBERT, JR., CARLOS ESPINOLA, JAMES GARDNER AND JARED KNOWLTON FOR DISCOVERY

The defendant Archibald Macleod, Jr. moves to join the joint motion of defendants Joseph Allen, Philip Albert, Jr., Carlos Espinola, James Gardner and Jared Knowlton for discovery.

      /s/ Roger Witkin
      Roger Witkin
      6 Beacon Street, Suite l0l0
      Boston, MA 02l08
      Tel. 6l7 523 0027
      Fax 6l7 523 2024
      BBO No. 53l780

**DATE: April 14, 2005**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                   CRIMINAL NO. NO. 04 10288 NG 12

ARCHIBALD MacLEOD             CERTIFICATE OF SERVICE


I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA David G. Tobin, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA  and a courtesy copy to Lisa Roland, Courtroom Clerk for Honorable Charles B. Swartwood, III, United States Magistrate Judge by mail and electronic filing, which was e-filed this day.


                                                                  */s/ Roger Witkin*
                                                                  Roger Witkin
                                                                  6 Beacon Street, Suite l0l0
                                                                  Boston, MA 02l08
                                                                 Tel. 6l7 523 0027
                                                                 Fax 6l7 523 2024
                                                                  BBO No. 53l780


**DATE:  April 14, 2005**