UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. NO. 04 10288 RWZ 12

ARCHIBALD MacLEOD

## MOTION TO AMEND THE CONDITIONS OF BAIL

The defendant moves to amend the conditions of bail heretofore imposed upon him.

As grounds for same the defendant says that since he was initially released he has been working steadily.

Of late he has received an offer to go on tugboats in the Greater Boston area.

The job opportunity, however, requires him to go out to sea between one and two weeks and thereafter spend one to two weeks at home.

However, while out at sea he will be going beyond the geographical confines of the Commonwealth of Massachusetts.

He will also be receiving random drug tests from his employer as part of his employment.

In conversation with the Assistant United States Attorney handling this case, Mr. David Tobin, Mr. Tobin has indicated that if Pretrial assents to this arrangement, he too would assent.

In conversation with the Pretrial Officer, Mr. David A. Picozzi, on December 2, 2005, Mr. Picozzi indicates that he too assents to Mr. McLeod

having this amendment to his bail conditions if Mr. McLeod indicates to Mr. Picozzi when he is going out to sea and when he is anticpated to return and to call upon returning.

          */s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  December 5, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    CRIMINAL NO. NO. 04 10288 RWZ 12

ARCHIBALD MacLEOD

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA David G. Tobin, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA, a courtesy copy to Pretrial Officer David Picozzi, by mail and electronic filing, which was e-filed this day.

                                                    /s/ Roger Witkin
                                                    Roger Witkin
                                                    6 Beacon Street, Suite l0l0
                                                    Boston, MA 02l08
                                                    Tel. 6l7 523 0027
                                                    Fax 6l7 523 2024
                                                    BBO No. 53l780

DATE:  December 5, 2005

Case 1:04-cr-10288-RWZ    Document 265    Filed 12/05/2005    Page 4 of 4