# ROGER WITKIN

ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

---

TEL (617) 523-0027
FAX (617) 523-2024

January 20, 2006

Lisa Urso, Clerk to
Honorable Rya W. Zobel
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**RE: UNITED STATES V. ARCHIBALD MacLEOD, JR.
NO. 04 10288 RWZ 12**

Dear Ms. Urso:

    Would you kindly be advised that the defendant wishes a Rule 11 hearing.

    If it is at all possible, I should like some input into the date as I have many matters scheduled over the next few months.

    Thank you very much.

Very truly yours,

ROGER WITKIN

/slw

c.c.   client
       AUSA David Tobin