AO 442 (Rev. 5/93) Warrant for Arrest

877559

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

ARCHIBALD MACLEOD

**WARRANT FOR ARREST**

Case 04CR10288-12-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ARCHIBALD MACLEOD**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation  X Probation Violation Petition

charging him or her    (brief description of offense)

Failure of defendant from any unlawful use of a controlled substance.

in violation of ___18___ United States Code, Section(s) ___3606___

LISA A. URSO
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

3/24/06 BOSTON
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant USMS D/MA WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/27/2006 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |