May 8th, 2006

To: Mr. Jay Johnson
From: Archibald F. MacLeod Jr. #HP87592
RE: United States Vs. Archibald MacLeod
Docket #: 04 10288 RWZ

FILED CLERKS OFFICE
US DISTRICT COURT
DISTRICT OF MASS

Mr. Johnson:

I am being sentenced May 11th at 3:00pm by Judge Rya Zobel in Boston MA, at the Federal Court. I have a couple of questions you may be able to help with:

1) When I'm sentenced I assume Judge Zobel's Clerk will be typing my Judgement and Commitment papers. If at all possible, could you please send me a copy of them as soon as possible.

I'm having some problems here at M.C.I. Cedar Junction in Walpole MA., and those papers will help straighten things out.

I'm sure my lawyer will send me a copy eventually, but I need them soon, not at his convenience. I might wait a while if I wait for him.

2.) Are these Judgement papers public record (I.e can anyone access my records?) And do I have to be notified? I'm sure there are some people here looking to get a copy, when in reality, if I want to show them, I will.

I fear someone may have gotten my personal info (I.e. → SSN, Docket #, U.S. Marshall #, Address) and I do not want anything sent to anywhere but myself.

3) Is there anyway to be notified if someone requests