Thank you for your help in this matter. Please contact me if you have any questions or comments.

[Archibald MacLeod - A97192]

MCI Cedar Junction

[P.O. Box 100 - So Walpole, MA. 02071]

Regards,

Archibald MacLeod