May 12, 2006

Lisa Urso, Clerk to
Honorable Rya W. Zobel
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:   UNITED STATES V. ARCHIBALD MacLEOD, JR.
      NO. 04 10288 RWZ 12

Dear Ms. Urso:

     Pursuant to the request of Judge Zobel kindly be advised that I recommend that Mr. MacLeod be sentenced to FCI Morgantown at 446 Greenbag Road, Route 857, Box 1000, Morgantown, West Virginia 26501, whose telephone number is 304 296 4416 and whose fax number is 304 284 3600.

     FCI Morgantown offers a five hundred-hour residential drug abuse program (RDAP).

     The program is nine months in length. In addition the camp offers a non-residential drug treatment program, a drug education, alcoholics anonymous and narcotics anonymous groups and individual and group counseling. The residential drug/alcohol program is the largest in the BOP. The psychology department is staffed by three full time psychologists and ten to eleven drug treatment specialists.

     I think that this would be the appropriate place for Mr. MacLeod and I would ask that you bring this to the attention of Judge Zobel, for which I am quite grateful.

     Very truly yours,

     */s/Roger Witkin*
     ROGER WITKIN

/slw
c.c.   client
     AUSA David Tobin