AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| | Case Number: 04CR10288-12-RWZ |
| ARCHIBALD MACLEOD | |
| 154 OAK ST., WESTBOROUGH, MA 01581 | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT | 12 5TH FLOOR |
| ONE COURTHOUSE WAY | |
| BOSTON, MASS. 02210 | Date and Time |
| Before: JUDGE ZOBEL | 9/16/08 @ 2:00 p.m. |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    X Probation Violation Petition

Charging you with a violation of    18    United States Code,    3606

Brief description of offense:

Failure to refrain from unlawful use of a controlled substance; commission of another crime;

_____    Date  7/21/08
Signature of Issuing Officer
Lisa A. Urso, Deputy Clerk
Name and Title of Issuing Officer