## ROGER WITKIN
ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

TEL (617) 523-0027
FAX (617) 523-2024



July 30, 2008

Lisa Urso, Clerk to
Honorable Rya W. Zobel
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: UNITED STATES V. ARCHIBALD MacLEOD, JR.
    NO. 04 10288RWZ 12

Dear Ms. Urso:

I have received notice that the previously scheduled hearing for Tuesday, September 16, 2008, has been cancelled and that the new hearing is scheduled for September 30, 2008 at 2:30 p.m.

Please be advised that September 30, 2008 is Rosh Hashanah and I shall be unavailable that date

Submitted for your information.

Very truly yours,

ROGER WITKIN

/slw

c.c.   client